(No. 6490)

ZION NURSING HOME, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed July 27, 1972.*

ZION NURSING HOME, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6499)

UNION OIL COMPANY OF CALIFORNIA, Claimant, *vs.* STATE OF ILLINOIS, VARIOUS AGENCIES, Respondent.

*Opinion filed July 27, 1972.*

UNION OIL COMPANY OF CALIFORNIA, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.